THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Brandon D.
 Priest, Appellant.
 
 
 

Appeal From Horry County
Kristi Lea Harrington, Circuit Court Judge
Unpublished Opinion No.  2010-UP-307
Submitted June 1, 2010  Filed June 10,
 2010
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, and
 Assistant Attorney General Christina J. Catoe, all of Columbia; and Solicitor John
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Brandon D. Priest appeals his sentence of
 eight years' imprisonment, suspended upon the service of four years'
 imprisonment, plus two years' probation for possession with intent to
 distribute cocaine.  Priest argues the plea court erred in refusing to accept
 his negotiated plea and refusing to give Priest an opportunity to withdraw his
 guilty plea before sentencing him in excess of the negotiated sentence.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority:  State v. Dunbar, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In
 order for an issue to be preserved for appellate review, it must have been
 raised to and ruled upon by the trial [court].  Issues not raised and
 ruled upon in the trial court will not be considered on appeal.").             
AFFIRMED.
HUFF,
 SHORT, and WILLIAMS, JJ., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.